**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
BERNARD TARUC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BERNARD TARUC,

Plaintiff,

vs.

MIGHTY INCORPORATED; MIKE GIAO DUONG, AS TRUSTEE OF THE MIKE GIAO DUONG FAMILY LIVING TRUST; and DOES 1 to 10,

Defendants.

Case No.: 2:25-cv-10252-RGK-ADS

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff BERNARD TARUC ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: January 16, 2026                    **SO. CAL. EQUAL ACCESS GROUP**


By:    */s/  Jason J. Kim*
          Jason J. Kim, Esq.
          Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**